restrictive than that which would have been accorded without the settlement agreement.

The motion to dismiss the appeal is denied. Sanctions are denied. The judgment is forthwith affirmed.

reversible error in the trial of this case and sufficient evidence to support the jury verdict.

Affirmed.

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Roosevelt BELL, aka Jerry Wade, aka Jerry Love, aka Mr. T. Wilson,**
**Defendant-Appellant.**

No. 73–2740

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 15, 1973.

George W. Reese, George M. Leppert, New Orleans, La., for defendant-appellant.

Gerald J. Gallinghouse, U. S. Atty., Stephen A. Mayo, Asst. U. S. Atty., New Orleans, La., for plaintiff-appellee.

Before THORNBERRY, GOLDBERG and RONEY, Circuit Judges.

PER CURIAM:

A careful study of the briefs and a complete review of the record reveal no

**AMERICAN TELEPHONE AND TELE-**
**GRAPH COMPANY, Plaintiff-**
**Appellee,**

v.

**FLORIDA–TEXAS FREIGHT, INC.,**
**Defendant-Appellant.**

No. 73–2425

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 12, 1973.

Richard P. Kenney, Miami, Fla., for defendant-appellant.

Sherryll M. Dunaj, Miami, Fla., for plaintiff-appellee.

Before WISDOM, AINSWORTH and CLARK, Circuit Judges.

PER CURIAM:

For reasons cogently expressed in the district court opinion, 357 F.Supp. 977 (1973), we affirm.

Affirmed.

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

* Rule 18, 5 Cir.; see Isbell Enterprses, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.